# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### EL DORADO DIVISION

KELLY MENENDEZ                                                    PLAINTIFF

VS.                              Case No. 04-CV-1031

GEORGIA-PACIFIC CORPORATION                              DEFENDANT

## ORDER

Before the Court is Defendant/Third-Party Plaintiff Georgia-Pacific Corporations'
Motion to Dismiss Without Prejudice. (Doc. 31). In this motion, Defendant/Third-Party
Plaintiff seeks the dismissal without prejudice of its third-party complaint filed against First
Specialty Insurance Corporation. Upon consideration, the Court finds the motion should be and
hereby is **granted**. Defendant's third-party complaint against First Specialty Insurance
Corporation is hereby **dismissed without prejudice**. If this matter is refiled in any court
Plaintiff will be ordered to pay any costs and expenses including reasonable attorney's fees which
are duplicated as a result of refiling.

**IT IS SO ORDERED** this 6th day of October, 2005.


/s/ Harry F. Barnes
Hon. Harry F. Barnes
U.S. District Judge

-1-